# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| JASEN DUNNELL GINS | CIVIL ACTION NO. 09-0110 |
| VERSUS | JUDGE ROBERT G. JAMES |
| J.B. EVANS CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

On February 20, 2009, Plaintiff Jasen Dunnell Gins ("Gins") filed a Summary Brief in Case Number 08-1475. *See* [Case. No. 08-1475, Doc. No. 13]. On February 25, 2009, the Court construed the Summary Brief as a new complaint and ordered that it be filed in a new cause of action. *See* [Case. No. 08-1475, Doc. No. 16]. On the same day, a new cause of action was instituted in Case Number 09-0315, and the Summary Brief was filed as the complaint. *See* [Case No. 09-0315, Doc. No. 1].

Upon review of the cases filed by Gins with this Court, it is now apparent that the allegations in Case Number 09-0315 are duplicative of the allegations made by Gins in Case Number 09-0110: in both cases, Gins alleges that he was denied adequate medical treatment for a twisted/broken ankle and names similar defendants. In addition, it appears that Gins moved to have the Summary Brief filed as an amended complaint in Case Number 09-0110. *See* [Case No. 09-0110, Doc. Nos. 10 & 12]. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court terminate Case Number 09-0315 as duplicative of Case Number 09-0110.

IT IS FURTHER ORDERED that the Summary Brief [Case No. 09-0315, Doc. No. 1] be

filed as an amended complaint in Case Number 09-0110. Gins is cautioned to use the correct case number when filing documents with the Court.

MONROE, LOUISIANA, this 5th day of March, 2009.


ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE